*Gafni,* Deputy District Attorney, and *F. Emmett Fitz-patrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Harden, Appellant.

Argued March 19, 1975.

*Gerald J. Haas,* for appellant; *Pierre B. Pié, II,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hoffman, Appellant.

Argued March 10, 1975. *N. A. Patterson,* for appellant; *Keith B. Quigley,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Holiday Thriftway Market, Appellant.

 opinion by STIVELY, JR., J. Argued March 18, 1975. *David H. Moskowitz*, with him *Weiss, Moskowitz, Molish & Zamparelli*, for appellant; *Vincent M. Dadamo*, Assistant District Attorney, with him *F. Ned Hand*, Assistant District Attorney, and *William H. Lamb*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hooper, Appellant.

Argued March 10, 1975. *Edward S. Finkelstein*, for appellant; *Marion E. MacIntyre*, Second Assistant District Attorney, with her *Richard A. Lewis*, Deputy District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hunter, Appellant.

 Argued March 24, 1975. *Harry D. Shargel*, for appellant; *Bruce Franzel*, Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.